**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

————————

No. 98-41276

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER MENDOZA; BENJAMIN MENDOZA,

Defendants-Appellants.

Appeals from the United States District Court
For the Southern District of Texas
District Court No. M-98-CR-182-3

May 16, 2001

Before EMILIO M. GARZA, and PARKER, Circuit Judges, and HINOJOSA[*], District Judge.

PER CURIAM:[**]

AFFIRMED.  See 5TH CIR. LOC. R. 47.6.

————————————

[*]     District Judge of the Southern District of Texas, sitting by designation.

[**]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.